# EXHIBIT A

| | Dispute | Decision Date | *Awarded Total | *Total Payments | *Unpaid Balance Due as of 12/20/2024 |
|---|---|---|---|---|---|
| 1 | DISP-144289 | 4/19/2023 | $300 | $250 | $50 |
| 2 | DISP-199827 | 7/21/2023 | $47 | $0 | $47 |
| 3 | DISP-199730 | 8/8/2023 | $1,570 | $0 | $1,570 |
| 4 | DISP-559610 | 10/12/2023 | $147 | $123 | $25 |
| 5 | DISP-559680 | 10/12/2023 | $1,158 | $47 | $1,111 |
| 6 | DISP-394344 | 10/29/2023 | $1,654 | $250 | $1,404 |
| 7 | DISP-705728 | 1/12/2024 | $8,272 | $405 | $7,866 |
| 8 | DISP-706282 | 1/25/2024 | $1,570 | $227 | $1,343 |
| 9 | DISP-717769 | 1/31/2024 | $1,158 | $73 | $1,084 |
| 10 | DISP-717739 | 2/1/2024 | $1,570 | $227 | $1,343 |
| 11 | DISP-717783 | 2/22/2024 | $1,158 | $87 | $1,071 |
| 12 | DISP-717829 | 2/22/2024 | $3,309 | $250 | $3,059 |
| 13 | DISP-683039 | 2/26/2024 | $1,570 | $84 | $1,486 |
| 14 | DISP-303237 | 2/27/2024 | $1,158 | $104 | $1,053 |
| 15 | DISP-682404 | 2/27/2024 | $1,158 | $33 | $1,125 |
| 16 | DISP-705575 | 2/27/2024 | $9,926 | $250 | $9,676 |
| 17 | DISP-747624 | 3/20/2024 | $6,617 | $250 | $6,367 |
| 18 | DISP-1036748 | 4/10/2024 | $600 | $500 | $100 |
| 19 | DISP-746767 | 4/17/2024 | $1,158 | $87 | $1,071 |
| 20 | DISP-869714 | 5/3/2024 | $1,158 | $33 | $1,125 |
| 21 | DISP-869695 | 5/3/2024 | $1,570 | $201 | $1,368 |
| 22 | DISP-868749 | 5/9/2024 | $92 | $77 | $15 |
| 23 | DISP-80527 | 7/1/2024 | $4,963 | $554 | $4,409 |
| 24 | DISP-1373837 | 7/31/2024 | $1,158 | $82 | $1,076 |
| 25 | DISP-1519227 | 8/9/2024 | $1,158 | $102 | $1,055 |
| 26 | DISP-1519203 | 8/15/2024 | $1,654 | $241 | $1,414 |
| 27 | DISP-1519167 | 8/20/2024 | $288 | $240 | $48 |
| 28 | DISP-105476 | 9/12/2024 | $972 | $0 | $972 |
| 29 | DISP-105476 | 9/12/2024 | $1,944 | $0 | $1,944 |
| 30 | DISP-1036543 | 9/19/2024 | $1,158 | $84 | $1,074 |
| 31 | DISP-302965 | 9/29/2024 | $3,309 | $0 | $3,309 |
| 32 | DISP-1568151 | 10/19/2024 | $3,309 | $500 | $2,809 |
| 33 | DISP-1317623 | 10/29/2024 | $4,963 | $722 | $4,241 |
| 34 | DISP-1724624 | 10/30/2024 | $1,158 | $103 | $1,055 |
| 35 | DISP-1724515 | 11/6/2024 | $6,617 | $750 | $5,867 |
| 36 | DISP-1317600 | 11/8/2024 | $1,158 | $102 | $1,055 |
| 37 | DISP-1608098 | 11/12/2024 | $1,158 | $83 | $1,074 |
| | | | **Total:*** | | **$74,760** |

*Amount Rounded to
Nearest Dollar