United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALTYCARE, INC., et al.,<br>Plaintiffs,<br>v.<br>KAISER FOUNDATION HEALTH PLAN, INC.,<br>Defendant. | Case No. 24-cv-09342-JST<br><br>**ORDER DISMISSING CASE** |

On July 15, 2026, the Court granted Defendant's motion to dismiss with leave to amend within 21 days. ECF No. 82 at 25. On July 20, 2026, Plaintiffs filed a notice of intent not to file an amended complaint. ECF No. 83. Accordingly, this case is now dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 22, 2026

JON S. TIGAR
United States District Judge